UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Daniel Nelson,

Plaintiff,

vs. ORDER

Showa Denko K.K., a Japanese Corporation; Showa Denko America, Inc., a New York Corporation; Does, 1 through 100, inclusive,

Defendants. Civ. No. 00-2662 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Charles Selcer Zimmerman and J. Gordon Rudd, Jr., Zimmerman Reed, 901 3rd St. North, Suite 100, Minneapolis, Minnesota 55401-4123.

At Duluth, in the District of Minnesota, this 9th day of May, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on December 7, 2000, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendants have

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendants and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE